# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

| Courtroom 205 | Date: 7/24/2018 | Time: 11:00 a.m. |
|---|---|---|

Defendant: Brandon Martin (J)    J#: 18950-104    Case #: 18-6342-PMH

AUSA: _____    Attorney: _____

Violation: Conspiracy to Commit Money Laundering

Proceeding: Initial Appearance-Rule 40/5 Removal    CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☑ No    Recommended Bond: _____

Bond Set at: $100,000-CSIS-W/Debbien    Co-signed by: _____

☑ Surrender and/or do not obtain passports/travel docs

Language: English

☑ Report to PTS as _directed_/or ____ x's a week/month by phone: ____ x's a week/month in person

Disposition: All parties present - Deft advised of his rights + charges

☐ Random urine testing by Pretrial Services ____
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☑ Home Confinement/_Electronic Monitoring_ and/or 24 hrs Curfew ____ pm to ____ am, paid by ____

☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☑ Travel extended to: SDFL/SDNY

☐ Other: ____

**NEXT COURT APPEARANCE**  Date:    Time:    Judge:    Place:

Report RE Counsel: ____
PTD/Bond Hearing: 7/25/18  10:00 AM  Hunt    FLL
Prelim/Arraign or Removal: 7/25/18  10:00 AM  Hunt    FLL
Status Conference RE: ____

D.A.R. 12:14:23    Time in Court: 30 mins

CHECK IF APPLICABLE: ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..