# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 07/25/18   Time: 11:00 a.m.

Defendant: Brandon Martin (J)   J#: 18950-104   Case #: 18-6342-Hunt

AUSA: Francis Viamontes   Attorney: _____

Violation: Conspiracy to Commit Money Laundering

Proceeding: RRC/ Bond Hearing/ Possible Removal Hearing   CJA Appt: _____

Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: $100,000 - CSB w/Nebbia

Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: _____

Disposition: all parties present

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: 7/31/18  11:00AM

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: 8/1/18  11:00AM

Status Conference RE: _____

Check if Applicable: ☐   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:20:36   Time in Court: 15 mins